**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **DIANA MARCELA AGUIRRE CALLES #A249-100-136** | **CASE NO. 6:26-CV-01124 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN OTAY MESA DETENTION CENTER** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 15] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus filed by Diana Marcela Aguirre Calles ("Petitioner") [Doc. No. 1] is **DENIED AS MOOT AND DISMISSED WITHOUT PREJUDICE.**

MONROE, LOUISIANA, this 29th day of September, 2026.

Terry A. Doughty
United States District Judge